# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ESTHER CARRANZA, et al | Case No. 5:04-cv-04161- EJD |
| Alice Fernandez, et al. | Case No. 5:10-cv-05924-EJD |
| Mary Orozco, et al. | Case No. 5:10-cv-05928-EJD |
| Plaintiffs | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** |
| v. | |
| WYETH, et al. Defendants. | |

**IT IS HEREBY ORDERED that**:

1. The above-captioned actions are dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

2. The Court shall retain jurisdiction over certain matters per its ruling at the telephonic status conference on September 27, 2012.

3. All other relief not expressly granted herein is denied.

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41**

The Clerk shall close the files.

DATED: November __14__, 2012

_____
Hon. Edward J. Davila
United States District Judge
Northern District of California

1 | Philip C. Bourdette SBN 47492
2 | Miriam Bourdette   SBN 151980
  | BOURDETTE & PARTNERS
3 | 2924 West Main Street
4 | Visalia, CA 93291
  | (559) 625-8425
5 | Fax (559) 625-8491
6 | pcbb@bourdettelaw.com
  | mrbb@bourdettelaw.com
7 | Attorneys for Plaintiffs

Simona A. Farrise SBN 171708
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012
310-424-3355
FAX 510-588-4536
sfarrise@farriselaw.com
LKirmsse@farriselaw.com
Attorneys for Plaintiffs

Sharon J. Arkin SBN #154858
The Arkin Law Firm
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(541) 469-2892
FAX: 866) 571-5676
sarkin@arkinlawfirm.com
Attorney for Plaintiffs

Pamela Yates SBN 137740
Julie A. Belezzuoli SBN 267302
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1000
FAX (310) 788-1200
pyates@kayescholer.com
julie.belezzuoli@kayscholer.com
Attorneys for Defendant

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41**