# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ESTHER CARRANZA, et al | Case No. 5:04-cv-04161- EJD |
| Alice Fernandez, et al. | Case No. 5:10-cv-05924-EJD |
| Mary Orozco, et al. | Case No. 5:10-cv-05928-EJD |
| Plaintiffs | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 |
| v. | |
| WYETH, et al. Defendants. | |

**IT IS HEREBY ORDERED that**:

1. The above-captioned actions are dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

2. The Court shall retain jurisdiction over certain matters per its ruling at the telephonic status conference on September 27, 2012.

3. All other relief not expressly granted herein is denied.

1  The Clerk shall close the files.

2  DATED: November __14__, 2012

                                                                    _____
3                                                                   Hon. Edward J. Davila
4                                                                   United States District Judge
                                                                    Northern District of California

| | |
|---|---|
| 1 | Philip C. Bourdette SBN 47492 |
| 2 | Miriam Bourdette  SBN 151980 |
| | BOURDETTE & PARTNERS |
| 3 | 2924 West Main Street |
| 4 | Visalia, CA 93291 |
| | (559) 625-8425 |
| 5 | Fax (559) 625-8491 |
| 6 | pcbb@bourdettelaw.com |
| | mrbb@bourdettelaw.com |
| 7 | Attorneys for Plaintiffs |
| 8 | |
| | Simona A. Farrise SBN 171708 |
| 9 | Farrise Firm PC |
| 10 | 225 South Olive St., Ste 102 |
| | Los Angeles, CA 90012 |
| 11 | 310-424-3355 |
| 12 | FAX 510-588-4536 |
| | sfarrise@farriselaw.com |
| 13 | LKirmsse@farriselaw.com |
| 14 | Attorneys for Plaintiffs |
| 15 | |
| | Sharon  J. Arkin SBN #154858 |
| 16 | The Arkin Law Firm |
| 17 | 333 South Grand Avenue, 25th Floor |
| | Los Angeles, CA 90071 |
| 18 | (541) 469-2892 |
| 19 | FAX: 866) 571-5676 |
| | sarkin@arkinlawfirm.com |
| 20 | Attorney for Plaintiffs |
| 21 | |
| | Pamela Yates SBN 137740 |
| 22 | Julie A. Belezzuoli SBN 267302 |
| 23 | KAYE SCHOLER LLP |
| | 1999 Avenue of the Stars, Suite 1600 |
| 24 | Los Angeles, CA 90067 |
| 25 | (310) 788-1000 |
| | FAX (310) 788-1200 |
| 26 | pyates@kayescholer.com |
| 27 | julie.belezzuoli@kayscholer.com |
| | Attorneys for Defendant |
| 28 | |

(left margin: **K**AYE SCHOLER LLP)

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41**